Order issued November 14, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-00140-CV

**DALLAS CITY LIMITS PROPERTY CO., L.P., Appellant/Cross-Appellee**

**V.**

**AUSTIN JOCKEY CLUB, LTD., Appellee/Cross-Appellant**

## ORDER

Before Justices FitzGerald, Murphy, Fillmore

Appellee/Cross-Appellant's Motion for En Banc Consideration is **DENIED**.

KERRY P. FITZGERALD
JUSTICE